**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DENNIS L. MONTGOMERY. | No. 15-71433 |
| DENNIS L. MONTGOMERY, <br><br> Petitioner, | D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, <br><br> Respondent, <br><br> COUNTY OF MARICOPA; et al., <br><br> Real Parties in Interest. | |

Before: GOODWIN, FARRIS, and FRIEDLAND, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the emergency petition is denied.

No further filings will be entertained in this closed case.

**DENIED**.

SL/MOATT